**Robert COLLEY, Appellant, v. UNITED STATES of America, Appellee.**

No. 6237.

Circuit Court of Appeals, Fifth Circuit.
April 15, 1932.

Claude L. Johnson, of New Orleans, La., for appellant.

Edmond E. Talbot, U. S. Atty., and John W. Harrell, Asst. U. S. Atty., both of New Orleans, La.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

**F. M. COULTER v. SACRAMENTO NORTHERN RAILWAY COMPANY.**

No. 6633.

Circuit Court of Appeals, Ninth Circuit.
April 25, 1932.

Thomas F. McCue, of San Francisco, Cal., for appellant.

J. Hampton Hoge, of San Francisco, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee, ordered appeal dismissed for failure of appellant to print record and file brief before case is reached for argument; mandate forthwith.